UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

DECARLO A GARNER, JR.,                     )
                                           )
                Plaintiff,                 )
                                           )
v.                                         )        No.:    3:25-CV-451-TAV-DCP
                                           )
SL TENNESSEE, LLC, *et al.*,               )
                                           )
                Defendants.                )

## ORDER

This civil matter is before the Court on a Report and Recommendation ("R&R")
entered by United States Magistrate Judge Debra C. Poplin on June 5, 2026 [Doc. 15]. In the
R&R, Judge Poplin granted plaintiff's Motion for Leave to Proceed *in forma pauperis* [*Id.* at
1; *see* Doc. 1]. However, after screening the complaint, Judge Poplin recommended that the
Court dismiss plaintiff's complaint [Doc. 15, p. 7]. There have been no timely objections to
the R&R, and enough time has passed since the filing of the R&R to treat any objections as
having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After a careful review of the matter, the Court agrees with the magistrate judge's
recommendations. Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R in whole [Doc.
15]. Accordingly, it is hereby **ORDERED** that plaintiff's case is **DISMISSED with
prejudice**. The Clerk of Court is **DIRECTED** to **CLOSE** this case. A separate judgment
order will follow.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE